**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RONNIE HOLBERT**                                                                  **PLAINTIFF**

**v.**                          **CASE NO. 5:08CV00075-JLH/BD**

**ADAMS, et al.**                                                                   **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  The parties have not filed any objections.  After careful review of the

Recommended Disposition, the Court concludes that the Recommended Disposition

should be, and hereby is, approved and adopted as this Court's findings in all respects in

its entirety.

Accordingly, Plaintiff's Complaint (docket entry #2) is DISMISSED without

prejudice.

IT IS SO ORDERED this 24th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE